UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                            Criminal No. 11-10 (JNE/JJK)
                                             ORDER

Terrell Randle,

       Defendant.

In a Report and Recommendation dated June 22, 2011, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that Terrell Randle's First Motion to Suppress Evidence be denied. Randle objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 61]. Therefore, IT IS ORDERED THAT:

    1.    Randle's First Motion to Suppress Evidence [Docket No. 38] is DENIED.

Dated: July 20, 2011

                                                    s/ Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge